# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>**(01) KENNETH ENDICOTT**,<br>[DOB: 11-04-1981]<br><br>and<br><br>**(02) CHAD NOLAN**,<br>[DOB: 09-13-1994]<br><br>                Defendants.<br><br>**Defendants/Counts:**<br>(01) Endicott: 1, 4-6<br>(02) Nolan: 1-6 | **No.** 21-5020-01/02-CR-SW-MDH<br><br>**COUNT 1**<br>(Conspiracy to Distribute Marihuana)<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846<br>NMT 20 Years Imprisonment<br>NMT $1,000,000 Fine<br>NLT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNTS 2 and 3**<br>(Possession with Intent to Distribute Marihuana)<br>18 U.S.C. § 841(a)(1) and (b)(1)(D)<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NLT 2 Years Supervised Release<br>Class D Felony<br><br>**COUNT 4**<br>(Conspiracy to Commit Money Laundering)<br>18 U.S.C. § 1956(h)<br>NMT 20 Years Imprisonment<br>NMT $500,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT 5**<br>(Money Laundering—Conceal)<br>18 U.S.C. § 1956(a)(1)(B)(i)<br>NMT 20 Years Imprisonment<br>NMT $500,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNTS 6**<br>(False Statement to Financial Institution)<br>18 U.S.C. § 1014<br>NMT 30 Years Imprisonment<br>NMT $1,000,000 fine<br>NMT 3 Years Supervised Release<br>Class B Felony |

$100 Special Assessment (Each Count)

# I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT 1
(Conspiracy to Distribute More than 50 Kilograms of a Mixture or Substance Containing a Detectable Amount of Marihuana)
21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846

Beginning on an unknown date, but at least as early as May 1, 2017, and continuing to on or about May 21, 2019, said dates being approximate, in Jasper County, in the Western District of Missouri, and elsewhere, the defendants, **KENNETH ENDICOTT** and **CHAD NOLAN**, knowingly and intentionally conspired and agreed with each other and with others, known and unknown to the Grand Jury, to distribute greater than 50 kilograms of a mixture or substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)and (b)(1)(C) and 846.

## COUNT 2
(Attempted Possession with Intent to Distribute Less than 50 Kilograms of a Mixture or Substance Containing a Detectable Amount of Marihuana)
21 U.S.C. § 841(a)(1) and (b)(1)(D)

On or about July 18, 2018, in Jasper County, in the Western District of Missouri, the defendant, **CHAD NOLAN**, knowingly and intentionally attempted to possess, with intent to distribute, less than 50 kilograms of a mixture or substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

## COUNT 3
(Distribution of Less than 50 Kilograms of a Mixture or Substance Containing a Detectable Amount of Marihuana)
21 U.S.C. § 841(a)(1) and (b)(1)(D)

On or about October 4, 2018, in Jasper County, in the Western District of Missouri, the defendant, **CHAD NOLAN**, knowingly and intentionally distributed less than 50 kilograms of a mixture or substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

## COUNT 4
(Conspiracy to Commit Money Laundering)
18 U.S.C. § 1956(h)

Beginning on an unknown date, but at least as early as May 1, 2017, and continuing to on or about May 21, 2019, said dates being approximate, in Jasper County, in the Western District of Missouri, and elsewhere, the defendants, **KENNETH ENDICOTT** and **CHAD NOLAN**, did knowingly combine, conspire, and agree with each other and other persons, known and unknown, to commit money laundering.

It was the purpose and object of the conspiracy to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is, distribution of marihuana, in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), all in violation of Title 18, United States Code, Section 1956(h).

## COUNT 5
(Money Laundering—Conceal)
18 U.S.C. § 1956(a)(1)(B)(i)

On or about March 27, 2019, in Jasper County, in the Western District of Missouri, the defendants, **KENNETH ENDICOTT** and **CHAD NOLAN**, aided and abetted by others and each other, did knowingly conduct and attempt to conduct a financial transaction, to wit: deposited or caused to be deposited $2,590 in United States currency into business checking account number XXXX3582 at Arvest Bank, an institution which is engaged in, or the activities of which affect, interstate or foreign commerce, knowing that said financial transaction involved the proceeds of a specified unlawful activity, that is the illegal distribution of marihuana, and knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, or control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT 6
(False Statement to a Financial Institution)
18 U.S.C. § 1014

On or about March 27, 2019, in Jasper County, in the Western District of Missouri, the defendants, **KENNETH ENDICOTT** and **CHAD NOLAN**, aided and abetted by others and each other, did knowingly make a material false statement and report for the purpose of influencing the action of a financial institution, to wit: Joplin Metro Credit Union, an insured State-chartered credit union, in connection with an application for an $8,000 loan and the disbursement of monies from the $8,000 loan, in that the defendants submitted, or caused to be submitted, false, forged, and fraudulent document, to wit: a fraudulent pay stub, to Joplin Metro Credit Union in order to induce or cause Joplin Metro Credit Union to distribute or disburse a portion of the loan amount to the

defendants and others, when the defendants knew the document submitted was false, forged, and fraudulent, all in violation of Title 18, United States Code, Section 1014.

**A TRUE BILL.**

*/s/ Kevin Elliott*
**FOREPERSON OF THE GRAND JURY**

*/s/ Megan Chalifoux*
**MEGAN CHALIFOUX**
Assistant United States Attorney

Dated: 5/5/2021
Springfield, Missouri